Jun. 27. 2008 2:16PM
06/26/2008 13:30 FAX 602 264

COPY

JUN 10 2008



Jonathan A. Dessaules, State Bar No. 019439
DESSAULES HARPER PLC
One North Central Avenue, Suite 1130
Phoenix, Arizona 85004
602.256.6400

*Attorney for Plaintiff*

MARICOPA COUNTY SUPERIOR COURT

STATE OF ARIZONA

| MARK C. LEACH,<br>Plaintiff,<br>vs.<br>KENNETH, EISEN & ASSOCIATES, LTD., an Arizona corporation,<br>Defendants. | No. CV2008-013622<br>**COMPLAINT** |
|---|---|

Plaintiff, by and through undersigned counsel, for his Complaint against Defendant alleges the following:

## INTRODUCTION

1. This is an action for actual and statutory damages brought by Plaintiff, an individual consumer, against Defendant for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (the "Act"), which prohibits debt collectors from engaging in abusive deceptive, and unfair practices.

## PARTIES, JURISDICTION AND VENUE

2. Plaintiff Mark C. Leach, at all times material is and was a resident of Maricopa County, Arizona.

3. Upon information and belief, Defendant Kenneth, Eisen & Associates, Ltd. is an Arizona corporation duly authorized to conduct business and doing business in the State of Arizona. Defendant is engaged in the business of collecting debts in this state with its principal

place of business located in Maricopa County. The principal purpose of Defendant is the collection of debts in this state, and Defendant regularly attempts to collect debts alleged to be due another.

4. Defendant is engaged in the collection of debts from consumers using mail and telephone. Upon information and belief, Defendant regularly attempts to collect consumer debts alleged to be due to another. Defendant is a "debt collector" as defined by the Act, 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS

5. In or about late-2007 and early-2008, Defendant contacted Plaintiff regarding a series of debts that it alleged Plaintiff owed to Defendant, as assignee of certain medical providers.

6. Defendant offered to settle the debts with Plaintiff for an amount less than the total amount it claimed that Plaintiff owed to it.

7. In order to determine the validity of the alleged debts, the accuracy of the alleged debts, and that they had not been paid or were not being demanded by others, Plaintiff requested verification of the debts and the amounts in accordance with rights afforded him under the Act prior to tendering payment in the agreed-upon amount.

8. Defendant initially refused to provide the supporting documents.

9. After further demand and inquiry by Plaintiff and his agents, Defendant threatened to report the debts to credit agencies for the purpose of causing substantial damage to Plaintiff's credit unless he agreed to immediately pay the agreed-upon amount without requesting the verification of the debt. Defendant further threatened to withdraw its agreement to accept the agreed-upon amount if Plaintiff exercised his rights under the Act.

10. When Plaintiff refused to withdraw his request that Defendant verify the validity and amount of the alleged debts, Defendant did follow through on its threats to damage Plaintiff's credit and refuse to accept the agreed-upon amount.

11. As a result of the foregoing violations of the Act, Defendant is liable to Plaintiff for declaratory judgment that Defendant's conduct violated the Act, and Plaintiff's actual damages, statutory damages, attorneys' fees and costs incurred herein.

WHEREFORE, Plaintiff prays that judgment be entered against Defendant for the following:

(A) Declaratory judgment that Defendant's conduct violated the Act;

(B) Actual damages;

(C) Statutory damages pursuant to 15 U.S.C. § 1692k;

(D) Costs and reasonable attorneys' fees pursuant to 15 U.S.C. § 1692k; and

(E) For such other and further relief as may be just and proper.

DATED this 9 day of June 2008.

DESSAULES HARPER PLC

By: ______________________

Jonathan A. Dessaules
*Attorney for Plaintiff*